FILED

2019 FEB 28 PM 3:30

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **I N D I C T M E N T** |
| Plaintiff, | ) 1:19 CR 109 |
| v. | ) CASE NO. _____ |
| RUSSELL DELANO MILEY-CRUZ, | ) Title 18, United States Code, Sections 875(c) and 1512(b)(3) |
| Defendant. | ) JUDGE PEARSON |

COUNT 1
(Transmission of a Threat in Interstate Commerce, 18 U.S.C. § 875(c))

The Grand Jury charges:

1. On or about April 11, 2018, in the Northern District of Ohio, Eastern Division and elsewhere, Defendant RUSSELL DELANO MILEY-CRUZ did knowingly and willfully transmit in interstate and foreign commerce from the State of Pennsylvania to the State of Ohio, an electronic communication via Snapchat to T.G, an individual not charged herein, and the communication contained a threat to injure students at Parma High School, specifically, "Don't go to Parma High School tomorrow friend, we are about to shoot that s_ _t up alright man? Don't tell the cops and you will be fine.", in violation of Title 18, United States Code, Section 875(c).

COUNT 2
(Obstruction of Justice, 18 U.S.C. § 1512(b)(3))

The Grand Jury further charges:

2. From on or about April 11, 2018 to on or about May 1, 2018, in the Northern District of Ohio, Eastern Division and elsewhere, Defendant RUSSELL DELANO MILEY-

Case: 1:19-cr-00109-BYP  Doc #: 1  Filed: 02/28/19  2 of 2.  PageID #: 2

CRUZ did knowingly and willfully engage in misleading conduct by providing a false phone number to law enforcement, denying the use of the snapchat username "djravetastic," denying knowledge of anyone in Parma, Ohio, denying use of a "GMX" email account, denying knowledge of phone numbers from area code 212 ending in 2668 and 0347, denying knowledge of a phone number beginning with area code 931 ending in 2668, with the intent to hinder, delay, and prevent the communication to Parma Police Department Detectives, Federal Bureau of Investigation Special Agents, and Scranton Police Department Detectives, of information relating to the possible commission of a Federal offense, namely Transmission of a Threat in Interstate Commerce, in violation of Title 18, United States Code, Section 875(c), as charged in Count 1.

All in violation of Title 18, United States Code, Section 1512(b)(3).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

2