AO 442 (Rev. 11/11) Arrest Warrant                                                                                      1082461 7

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| United States of America | ) | 1:19 CR 109 1 |
|---|---|---|
| v. | ) | Case No. |
| Russell Delano Miley-Cruz | ) | |
| | ) | JUDGE PEARSO... |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Russell Delano Miley-Cruz                                                                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 875c - Transmission of Threat in Interstate Commerce
18 U.S.C. 1512b3 - Obstruction of Justice

Date:   02/28/2019                                                                   *Stephanie L.*
                                                                                  *Issuing officer's signature*

City and state:   Cleveland, Ohio                                    U.S. Magistrate Judge David A. Ruiz
                                                                                 *Printed name and title*

---

**Return**

   This warrant was received on *(date)*  3/1/19  , and the person was arrested on *(date)*  3/1/19
at *(city and state)*   SCRANTON, PA   .

Date:  3/8/19                                                                    *[signature]* FOR FBI
                                                                                  *Arresting officer's signature*

                                                                                  J. GARDNER/USMS
                                                                                  *Printed name and title*