IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:19CR109 |
| | ) | |
| Plaintiff, | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| v. | ) | |
| | ) | |
| RUSSELL DELANO MILEY-CRUZ, | ) | RESPONSE TO DEFENDANT'S MOTION |
| | ) | FOR A COMPETENCY HEARING |
| Defendant. | ) | |

Now comes The United States of America, by and through its counsel, Justin E. Herdman, United States Attorney, and Robert Patton and John C. Hanley, Assistant United States Attorneys, respectfully responds to defendant's Motion For a Hearing to Determine the Mental Competency of Defendant (Cr. Dkt. No 10). The United States does not object to defendant's motion.

                                                Respectfully submitted,

                                                JUSTIN E. HERDMAN
                                                United States Attorney

By:   /s/ John C. Hanley
           John C. Hanley (OH: 0079910)
           Assistant United States Attorney
           United States Court House
           801 West Superior Avenue, Suite 400
           Cleveland, OH 44113
           (216) 622-3807
           (216) 522-7358 (facsimile)
           John.Hanley2@usdoj.gov

2

## CERTIFICATE OF SERVICE

    I hereby certify that on this 8th day of April 2019 a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

                                              /s/ John C. Hanley
                                              John C. Hanley
                                              Assistant U.S. Attorney