# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO.  1:19 CR 109** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE BENITA Y. PEARSON** |
| | ) | |
| **vs.** | ) | **NOTICE OF INTENT TO ENTER** |
| | ) | **A PLEA** |
| **RUSSELL DELANO MILEY-CRUZ** | ) | |
| | ) | |
| **Defendant.** | | |

Now comes Defendant, Russell Delano Miley-Cruz, by and through undersigned counsel, and hereby notifies this Honorable Court, that the Defendant has informed the undersigned that he will enter a plea.  Defendant informed Counsel today and Counsel called the AUSA who thinks he can have a plea agreement within 14 days.

Respectfully submitted,
**BETRAS, KOPP & HARSHMAN, LLC**


/s/ David J. Betras
**DAVID J. BETRAS (0030575)**
6630 Seville Drive
Canfield, Ohio 44406
Telephone: (330) 746-8484
Facsimile: (330) 702-8280
E-mail: dbetras@bhlaws.com

Respectfully submitted,
**BETRAS, KOPP & HARSHMAN, LLC**


/s/ David J. Betras
**DAVID J. BETRAS (0030575)**
6630 Seville Drive
Canfield, Ohio 44406
Telephone: (330) 746-8484
Facsimile: (330) 702-8280
E-mail: dbetras@bhlaws.com


**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing document was filed and served electronically this 15nd day of April 2019 upon attorneys who have completed ECF registration as required by the Court.


/s/ David J. Betras
**DAVID J. BETRAS (0030575)**