# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 1:19 CR 109 |
| | ) | |
| Plaintiff, | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| vs. | ) | POSITION STATEMENTS |
| | ) | |
| RUSSELL DELANO MILEY-CRUZ | ) | |
| | ) | |
| Defendant. | | |

Now comes Defendant, Russell Delano Miley-Cruz, by and through undersigned counsel, and informs this Honorable Court that he accepts the report and findings of his psychological evaluation. Counsel agrees that Defendant is competent to stand trial. The AUSA joins in this assessment.

    Respectfully submitted,
    **BETRAS, KOPP & HARSHMAN, LLC**

    /s/ David J. Betras
    **DAVID J. BETRAS (0030575)**
    6630 Seville Drive
    Canfield, Ohio 44406
    Telephone: (330) 746-8484
    Facsimile: (330) 702-8280
    E-mail: dbetras@bhlaws.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed and served electronically this 16th day of August, 2019 upon attorneys who have completed ECF registration as required by the Court.

/s/ David J. Betras
**DAVID J. BETRAS (0030575)**